IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CYNTHIA ACREE, individually and as natural parent of J.G., a Minor, and J.G., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 5:12-CV-51 (MTT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Plaintiffs' Motion to Seal Exhibit 1. (Doc. 21). The Plaintiffs request to file an exhibit consisting of five photographs under seal. The Defendant filed a Brief in Opposition to the Motion (Doc. 22), arguing that the exhibit is inadmissible. The Court declines to rule on the admissibility of the photographs. The Motion to Seal, however, is **GRANTED** for the two photographs depicting the decedent in Exhibit 1. The Motion to Seal for the remaining photographs in Exhibit 1 is **DENIED**.

**SO ORDERED**, this the 25th day of September, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT